**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL OWEN GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No. 1:24-cv-0933 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION<br><br>(Doc. 9) |

    Michael Owen Gardner seeks to hold the defendants liable for violations of his civil rights while housed at SATF- Corcoran. (*See generally* Doc. 1.) He requests a temporary restraining order or preliminary injunction to protect disabled inmates, such as himself. (Doc. 1 at 8-12.) Specifically, Plaintiff requests that the Court order "the California Department of Corrections and Rehabilitation to cease using Facility-A building (3) as an [Orientation] Building and to cease bringing active [main] line prisoner and gang members to this Facility-A who do not want to program." (*Id.* at 12.) In addition, Plaintiff requests the Court order the CDCR stop the assaults on disabled inmates that occur in Facility-A. (*Id.*)

    The magistrate judge found Plaintiff "failed to make a sufficient showing to warrant the granting of a temporary restraining order and/or preliminary injunction." (Doc. 9 at 3.) The magistrate judge also noted that a party seeking a preliminary injunction must show a "likelihood of succeed on the merits," and determined that Plaintiff failed to satisfy this requirement because

1

he did not state cognizable claims in his complaint. (*Id.* at 3, citing *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).) Therefore, the magistrate judge recommended the motion for injunctive relief be denied.

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were to be filed within fourteen days. (Doc. 9 at 4.) The Court also informed Plaintiff that the failure to file timely objections may result in a waiver of his rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file any objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on September 11, 2024 (Doc. 9) are **ADOPTED** in full.
2. Plaintiff's request for a temporary restraining order or preliminary injunction (Doc. 1 at 8-12) is **DENIED**.

IT IS SO ORDERED.

Dated:   **October 9, 2024**

UNITED STATES DISTRICT JUDGE

2