UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OWEN GARDNER,<br><br>                Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>                Defendants. | Case No. 1:24-cv-00933-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE MICHAEL OWEN GARDNER**, **CDCR #AV-9308 VIA VIDEO CONFERENCE**<br><br>DATE: July 17, 2025<br>TIME:  9:30 a.m. |

**Inmate Michael Owen Gardner, CDCR #AV-9308**, a necessary and material witness on his behalf in a settlement conference on **July 17, 2025**, **at 9:30 a.m.**, is confined at the California Substance Abuse Treatment Facility (SATF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before a Magistrate Judge Barbara A. McAuliffe, on July 17, 2025, at 9:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of SATF:**

      **WE COMMAND** you to produce the inmate named above **to appear by video conference (via Zoom),** at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **June 17, 2025**

                                        STANLEY A. BOONE
                                        United States Magistrate Judge

