UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OWEN GARDNER,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 1:24-cv-00933-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MICHAEL OWEN GARDNER, CDCR #AV-9308 |

A settlement conference in this matter commenced on July 17, 2025. Inmate Michael Owen Gardner, CDCR #AV-9308 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __July 17, 2025__          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE