1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL OWEN GARDNER,                    No.  1:24-cv-00933-JLT-SAB (PC)

12                 Plaintiff,                  ORDER TERMINATING ACTION
                                               PURSUANT TO PARTIES STIPULATION
13          v.                                 FOR VOLUNTARY DISMISSAL

14   CDCR, et al.,                             (ECF No. 35)

15                 Defendants.

16

17   Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. §

18   1983.

19          On August 18, 2025, the parties filed a stipulation to dismiss this action with prejudice

20   pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as the case has been

21   resolved in its entirety. (ECF No. 35.)

22          Rule 41(a)(1)(A)(ii) provides in pertinent part that, "the plaintiff may dismiss an action

23   without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.

24   A voluntary stipulation to dismiss an action pursuant to Rule 41(a)(1)(A)(ii) automatically

25   terminates the action without operation of a court order." Black Rock City, LLC v. Pershing Cty.

26   Bd. of Comm'rs, 637 F. App'x 488 (9th Cir. 2016) (citing Commercial Space Mgmt. Co. v. Boeing

27   Co., 193 F.3d 1074, 1077 (9th Cir. 1999)).  Here, Plaintiff and counsel for Defendants have signed

28

                                                    1

1   and dated a stipulation to dismiss this action, and filed it with the Court.

2         In light of parties' stipulation for voluntary dismissal, this action is terminated by operation

3   of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear

4   its own litigation costs and attorney's fees. The Clerk of the Court is directed to terminate all

5   pending motions and deadlines and close this action.

6

7   IT IS SO ORDERED.

8   Dated:   **August 19, 2025**

                                              STANLEY A. BOONE

9                                               United States Magistrate Judge