UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OWEN GARDNER, | No. 1:24-cv-00933-JLT-SAB (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION REGARDING THE SETTLEMENT FUNDS |
| v. | |
| CDCR, et al., | |
| Defendants. | (ECF No. 37) |

On July 17, 2025, a settlement conference was held before Magistrate Judge Barbara A. McAuliffe. The terms and conditions of the settlement agreement were placed on the record. (ECF No. 33.)

On August 18, 2025, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 35), and the action was terminated by operation of law, (ECF No. 36).

Currently before the Court is Plaintiff's motion regarding the status of the settlement funds, filed March 6, 2026. (ECF No. 37.) In the filing, Plaintiff asserts that it has been over six months and he has not received the settlement funds or any other communication from Defendants. (Id.)

///

1

The Court finds it appropriate to require Defendants to file a response to Plaintiff's motion regarding the status of the settlement funds.  Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Defendants shall file a response to Plaintiff's motion regarding the settlement funds. (ECF No. 37.)  Plaintiff should not file any reply to Defendants' response absent further order from this Court.

IT IS SO ORDERED.

Dated:    **March 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge