UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OWEN GARDNER, | No. 1:24-cv-00933-JLT-SAB (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION FOR RECEIPT OF SETTLEMENT FUNDS |
| v. | |
| CDCR, et al., | (ECF No. 37) |
| Defendants. | |

On July 17, 2025, a settlement conference was held before Magistrate Judge Barbara A. McAuliffe.  The terms and conditions of the settlement agreement were placed on the record. (ECF No. 33.)

On August 18, 2025, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 35), and the action was terminated by operation of law, (ECF No. 36).

On March 6, 2026, Plaintiff's filed a motion regarding the status of the settlement funds. (ECF No. 37.)  In the filing, Plaintiff asserts that it has been over six months and he has not received the settlement funds or any other communication from Defendants.  (Id.)

Pursuant to court order, Defendants filed a response to Plaintiff's motion on March 30, 2026.  (ECF No. 39.)  Therein, Defendants confirm that a check for the agreed upon settlement

1

funds was issued by the California State Treasurer to Plaintiff on March 4, 2026.  (Declaration of Patricia M. Kealy (Kealy Decl.), ¶ 2.)  It was also confirmed that as of March 12, 2026, the settlement check had been deposited into Plaintiff's trust account.  (Id. ¶ 3.)  Accordingly, the Plaintiff's motion regarding the lack of receipt of the settlement funds in this case is DENIED.

IT IS SO ORDERED.

Dated:    **March 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2